UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CHANTZ D. WELLS,**

    **Plaintiff,**

                                          **CASE NO:**

vs.

**UNITED STATES OF AMERICA,**

    **Defendant.**

_____/

## COMPLAINT

Plaintiff, Chantz D. Wells, by and through the undersigned counsel, sues Defendant, United States of America, and in support thereof respectfully alleges as follows:

## INTRODUCTION

1. This is a claim for damages that exceed Seventy-Five Thousand Dollars ($75,000.00).

2. That the claim against the Unites States of America is brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §2671 - §2680, §1346(b), §2401(b) and §1402(b).

3. All conditions precedent and prerequisites to filing suit have been met pursuant to the Federal Tort Claims Act, 28 U.S.C. §2675. Plaintiff has provided proper notice to Defendant, United States of America. A copy of Plaintiff's Claim

for Damage, Injury or Death (Form SF 95) is attached as Exhibit "A" to this Complaint. The Defendant failed to make final disposition of the claim within six months, and it is deemed a final denial of the claim.

## JURISDICTION AND VENUE

4. This Court has jurisdiction pursuant to 28 U.S.C. §1346(b)(1) in that it involves a claim for personal injury caused by the negligent or wrongful act or omission of an employee of the United States of America.

5. Assignment to the Tampa Division of this Court is proper because all of the events giving rise to Plaintiff's claims occurred in Hillsborough County.

## NATURE OF THIS ACTION

6. On or about January 28, 2025, Defendant, United States of America, owned a Department of the Air Force motor vehicle that was operated with consent by its employee, John Lewis Butler.

7. John Lewis Butler was operating the vehicle entering southbound Lakewood Drive from a private driveway near the intersection with West Brandon Boulevard in unincorporated Hillsborough County, Florida.

8. At that time and place, Kenneth Weber, negligently and/or carelessly operated the Department of the Air Force motor vehicle he was driving such that it collided with the vehicle driven by Plaintiff.

9. As a result, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and/or aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

**WHEREFORE** Plaintiff, Chantz D. Wells, demands judgment against the Defendant, United States of Americe, in excess of Seventy-Five Thousand Dollars ($75,000.00) and requests a trial.

DATED this 31st day of December 2025.

*/s/ John D. McBride*
John D. McBride
Florida Bar No.: 0096451
Morgan & Morgan, Tampa, P.A.
10810 County Line Road
Hudson, FL 34667
Telephone: (727) 619-0826
Facsimile: (727) 619-0874
jdmpleadings@ForThePeople.com
chynathomas@ForThePeople.com
andrea.orozco@ForThePeople.com
*Attorney for Plaintiff*